**May 13, 2026**

**Benjamin Hill**
**Credit and Bankruptcy Counsel**

**Neesha Buchman**
**Advanced Biomedical Solutions LLC**
**3450 Bridgeland Drive, Ste G**
**Bridgeton, MO 63044**

**Re: Final Demand for Payment of Overdue Balance on account(s) 95701547 – Advanced Biomedical Solutions LLC ("Advanced Biomedical Solutions")**

Dear Mrs. Neesha Buchman,

As you are aware, the current balance on your account with McKesson Corporation ("McKesson") is $317,485.89. McKesson has sent previous notifications indicating that your account is past due and requesting that you immediately make payment in full or that you contact us to arrange an alternate payment plan. To date, these requests have been unsuccessful and you have failed to bring this account current.

We note that pursuant to the security agreement between Advanced Biomedical Solutions and McKesson dated April 3, 2024, Advanced Biomedical Solutions has granted us a security interest in certain collateral. We are therefore a secured party under the Uniform Commercial Code ("UCC") and have all rights and remedies available to a secured party. We are prepared to exercise one or more of such rights and remedies without further notice or demand (except as otherwise required by law), including, without limitation, (i) requiring that Advanced Biomedical Solutions assemble the collateral and make it available to us and/or (ii) selling some or all of the collateral at public or private sales at such prices and upon such commercially reasonable terms as we may deem advisable.

Please understand that McKesson would prefer to resolve this matter without the necessity of litigation or exercise of the rights and remedies described above, however, it appears that may not be possible. If payment in full is not received within ten (10) days of the date of this correspondence, we will consider all further appropriate action, which may include legal proceedings, against Advanced Biomedical Solutions, seeking damages, including amounts due, legal costs and fees. If you cannot make payment in full, please contact **Preston Dickson** at **972-623-8913** or Preston.Dickson@McKesson.com to discuss possible alternative payment arrangements. Additionally, if you are currently enrolled to pay online with McKesson, you may make an immediate payment in full today by visiting pay.mms.mckesson.com.

Sincerely,

McKesson Corporation

DocuSigned by:
Benjamin Hill
D9CA681E4FC5407...

Benjamin Hill
Senior Counsel – Bankruptcy, Credit & Collections
Law Department

cc: Director, Credit and Collections



Confidentiality Notice: This document, including any attachments, is for the sole use of its intended recipients and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

MCKESSON

**May 13, 2026**

**Benjamin Hill**
**Credit and Bankruptcy Counsel**

**Natori Perdue**
**3450 Bridgeland Drive, Ste G**
**Bridgeton, MO 63044**

**Re: Final Demand for Payment of Overdue Balance on account(s) 95701547 – Advanced Biomedical Solutions LLC ("Advanced Biomedical Solutions")**

Dear Natori Perdue,

As you may be aware, the current balance on Advanced Biomedical Solutions' account with McKesson Corporation ("McKesson") is $317,485.89. McKesson has sent previous notifications indicating that Advanced Biomedical Solutions' account is past due and requesting that you or it immediately make payment in full or contact us to arrange an alternate payment plan. To date, these requests have been unsuccessful and both you and Advanced Biomedical Solutions have failed to bring this account current.

We would like to again remind you that you executed a personal guaranty related to this account on April 3, 2024, a copy of which is attached. Therefore, you are personally responsible for the unpaid balance on this account. Accordingly, as provided for in the personal guaranty, we are making formal demand for payment in full. If you cannot make payment in full, please contact **Preston Dickson** at **972-623-8913** or Preston.Dickson@McKesson.com to discuss possible alternative payment arrangements. Additionally, if you are currently enrolled to pay online with McKesson, you may make an immediate payment in full today by visiting pay.mms.mckesson.com.

We also note that pursuant to the Security Agreement between Advanced Biomedical Solutions and McKesson dated April 3, 2024, Advanced Biomedical Solutions has granted us a security interest in certain collateral. We are therefore a secured party under the Uniform Commercial Code ("UCC") and have all rights and remedies available to a secured party. We are prepared to exercise one or more of such rights and remedies without further notice or demand (except as otherwise required by law), including, without limitation, (i) requiring that Advanced Biomedical Solutions assemble the collateral and make it available to us and/or (ii) selling some or all of the collateral at public or private sales at such prices and upon such commercially reasonable terms as we may deem advisable.

Please understand that McKesson would prefer to resolve this matter without the necessity of litigation or exercise of the rights and remedies described above, however, it appears that may not be possible. If payment in full or, an alternative payment arrangement is not made within ten (10) days of the date of this correspondence, we will consider all further appropriate action, which may include legal proceedings, against Advanced Biomedical Solutions as well as you personally, seeking damages, including amounts due, legal costs and fees.

Sincerely,

McKesson Corporation

DocuSigned by:
Benjamin Hill
D9CA681E4FC5407...

Benjamin Hill
Senior Counsel – Bankruptcy, Credit & Collections
Law Department

cc: Director, Credit and Collections
Enclosures: Personal Guaranty



Confidentiality Notice: This document, including any attachments, is for the sole use of its intended recipients and may contain confidential, proprietary and/or privileged information of McKesson Corporation or its affiliates. Any unauthorized review, use, disclosure or distribution is prohibited.

MCKESSON